756

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ENGLISH FREIGHT COMPANY, Respondent.**

No. 11440.

Circuit Court of Appeals, Fifth Circuit.

Jan. 17, 1946.

David A. Morse, Gen. Counsel, National Labor Relations Board, Malcolm F. Halliday, Associate Gen. Counsel, N.L.R.B., and Thurlow Smoot, Sr., Atty., N.L.R.B., all of Washington, D. C., for petitioner.

No appearance for respondent.

Before SIBLEY, WALLER, and LEE, Circuit Judges.

PER CURIAM.

Let a decree be entered enforcing the order of the National Labor Relations Board set forth in the petition.

**Leon S. DURE, Trustee of Georgia, Florida & Alabama Railroad Company and Georgia, Florida & Alabama Railroad Company, Debtor, Appellants, v. Otis A. GLAZEBROOK, Jr., Joseph France, and S. Ralph Warnken, Constituting the Reorganization Committee of Seaboard Air Line Railway Company, and Legh R. Powell, Jr., and Henry W. Anderson, as Receivers, Appellees.**

No. 5450.

Circuit Court of Appeals, Fourth Circuit.

Jan. 23, 1946.

James H. Price, of Greenville, S. C. (James D. Poag and James H. Price, Jr., both of Greenville, S. C., Wallace Miller, of Macon, Ga., and Llewellyn S. Richardson, of Norfolk, Va., on the brief), for appellants.

Leonard D. Adkins, of New York City, and W. R. C. Cocke, of Norfolk, Va. (Harold J. Gallagher, of New York City, on the brief), for appellees.

Before SOPER and DOBIE, Circuit Judges, and GILLIAM, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons set forth in the opinion of the District Judge, Guaranty Trust Co. of New York v. Seaboard Air Line Ry. Co., 62 F.Supp. 207.

Affirmed.

**Manual GARCIA, Betty Bradovitch, Dominic Fognini, and Vivian Sanchez, Appellants, v. UNITED STATES of America, Appellee.**

Nos. 9450, 9466–9468.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1945.

Donald B. Frederick, of Detroit, Mich., for appellant Garcia.

Geo. E. Day and Arnold F. Zeleznik, both of Detroit, Mich., for appellants Bradovitch and Fognini.

George Bashara, of Detroit, Mich., for appellant Sanchez.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

These causes were heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence to sustain the verdict of the jury as against each appellant and that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgments entered herein on January 29, 1943, be and the same are in all things affirmed and mandates will issue forthwith.